## CAUSE NO. 01:15-CV-1015-RP

| | | |
|---|---|---|
| GENE VELA | § § § | UNITED STATES DISTRICT COURT |
| VS. | § § § § | WESTERN DISTRICT OF TEXAS |
| CHRISTOPHER BARTSCH, ET AL<br>*DEFENDANT,* | § | AUSTIN DIVISION |

## SUBPOENA FOR WITNESS DEPOSITION

PURSUANT TO TEXAS RULES OF CIVIL PROCEDURE 176 AND 201.
TO ANY SHERIFF OR CONSTABLE OF THE STATE OF TEXAS OR OTHER PERSON AUTHORIZED TO SERVE AND EXECUTE SUBPOENAS AS PROVIDED IN RULE 176 T.R.C.P.

YOU ARE HEREBY COMMANDED TO SUMMON OFFICER CHRISTOPHER BARTSCH, of the Austin Police Department , 301 West 2nd Street, Austin, Texas. Travis County. For Depositions with Court Reporter, at the offices of AUSTIN CITY ATTORNEY (Gray Laird) located at AUSTIN CITY HALL, TRAVIS COUNTY, 301 WEST 2ND STREET, AUSTIN, TEXAS 78701.

On the **Thursday the 9th day of May, 2019, at 1:00 pm** in order to give deposition as a witness on behalf of the Plaintiff in the above styled Civil Action, to attend from day to day until lawfully discharged.

DO NOT FAIL to return this writ to said Court, with return thereon, showing the manner of execution.

ISSUED the ____ND day of APRIL, A.D., 2019.
MS. ANNETTE FRENCH,
US District Clerk's Office
TRAVIS County, Texas,
501 West Fifth Street, Suite 1100, Austin, Texas 78701

By: _____
Deputy District Clerk

| | |
|---|---|
| Issued At Request Of Plaintiff: | EDMUND M. DAVIS, Attormey for the Plaintiff |
| PhoneNumber: | (512) 698-221. (Please contact Shannon Dunlap (512) 785-0859) |
| Address: | PO Box 201123<br>Austin, Texas 78720 |

OFFICER'S RETURN:

**SUBPOENA FOR WITNESS DEPOSITION RETURN**

Came to hand the _____ day of _____, 20 _____, at _____ o'clock___.M.,and executed the_____ day of _____, 20 _____, at _____ o'clock ____. M., by delivering to the within named _____ in person at _____ in _____ County, Texas, a true copy of this Subpoena, and tendering said witness the sum of $ _____.

By Deputy: _____ Sheriff/Constable
_____County, Texas
OR By_____ Person who is not a party to the suit, and is not less than 18 years of age.

**ACCEPTANCE OF SERVICE OF SUBPOENA BY WITNESS PER RULE 176 T.R.C.P.**

I, the undersigned witness named in the Subpoena acknowledge receipt of a copy thereof, and hereby accept service of the attached subpoena, and will appear in said court on said date and time directed in this subpoena.

Rule 176.8(a) Contempt. Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is9 issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.

_____             _____
**DATE**                                                                  **SIGNATURE OF WITNESS**

*************************************************************************

Not executed as to the witness for the following reasons:
_____
_____
FEE FOR SERVICE OF SUBPOENA: $ _____

Via ECF/e-filing:

<u>/s/ Edmund M. Davis</u>
Edmund M. Davis
State Bar No. 24028272
Law Offices of Edmund M. Davis.
P.O. Box 201123 Austin, Texas 78720
Direct Line: (512) 698-2215
Attorney.skip.davis@gmail.com
ATTORNEY FOR PLAINTIFF