IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GENE VELA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| THE CITY OF AUSTIN TEXAS, | § | |
| SERGEANT ANDREW WESTBROOK, | § | 1:15-CV-1015-RP |
| OFFICER ADRIEN CHOPIN, OFFICER | § | |
| LEONARDO CARDENAS, OFFICER | § | |
| JOSEPH POSWALK, OFFICER RYAN | § | |
| HANCOCK, OFFICER JOHN RICKER, | § | |
| DETECTIVE CHRISTOPHER VETRANO, | § | |
| and OFFICER CHRISTOPHER BARTSCH, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On this date, the Court issued an order granting the defendants' motion for summary judgment. As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that that each party bear its own costs.

**SIGNED** on August 26, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE